UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Umer Masood,

        Plaintiff,

vs.                                   ORDER ADOPTING
                              REPORT AND RECOMMENDATION

State of Minnesota,

        Defendant.            Civ. No. 08-292 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED THAT**:

1. The Petitioner's Application for a Writ of Habeas Corpus [Docket No. 1] is denied.

2. The Petitioner's Application to Proceed Without Prepayment of Fees is denied as moot.

3. That this action is summarily dismissed, but without prejudice.

Dated: 2/27/08                                                            s/Patrick J. Schiltz
                                                                                  Patrick J. Schiltz
                                                                                  United States District Judge